# Maria LUGO, Appellant,

v.

# DIXON TOM–A–TOE COMPANIES, INC., Respondent.

## No. WD 48077.

Missouri Court of Appeals,
Western District.

Nov. 30, 1993.

Henri Watson, Kansas City, for appellant.

Hollis Hanover, Kansas City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

## ORDER

PER CURIAM.

Maria Lugo appeals the decision by the Labor & Industrial Relations Commission which found that Lugo suffered a twenty-two percent (22%) permanent partial disability as a result of an accident at work.

Judgment affirmed. Rule 84.16(b).

# William MEYER,
Plaintiff/Respondent/Cross–Appellant,

v.

# Monica BIBLE,
Defendant/Appellant/Cross–Respondent.

## Nos. 63094, 63119.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 30, 1993.

Jerome Wallach, Michael F. Dandino, The Wallach Law Firm, St. Louis, for appellant.

Cynthia S. Holmes, Clayton, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

## ORDER

PER CURIAM.

This is a consolidated appeal from the trial court's judgments on the parties' respective petition and counterclaim in which they charged each other with conversion of personal property taken from the apartment the parties had shared. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).